IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES MICHAEL CLEMSON,** | : | |
| *Plaintiff*, | : | |
| v. | : | **CIVIL ACTION** |
| | : | |
| **CAROLYN W. COLVIN,** | : | **NO. 13-4919** |
| Acting Commissioner of Social Security, | : | |
| *Defendant*. | : | |

**O R D E R**

**AND NOW**, this 19th day of May, 2015, upon consideration of Mr. Clemson's Request for Review (Doc. No. 11), Defendant's Response (Doc. No. 13), and after review of the Report and Recommendation of U.S. Magistrate Judge Lynne A. Sitarski (Doc. No. 14), and Mr. Clemson's Objections thereto (Doc. No. 15) it is hereby **ORDERED** that:

1. The Report & Recommendation (Doc. No. 14) is **APPROVED AND ADOPTED in part** and **DENIED in part**;

2. Plaintiff's Request for Review (Doc. No. 11) is **GRANTED in part and DENIED in part**;

3. The matter is **REMANDED** to the Commissioner for further review, as outlined in the Memorandum accompanying this Order; and

4. The Clerk of the Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE